Henry P. Reger, appellee, v. John J. O'Shea, appellant. Gen. No. 23,860.

Bill for an accounting and to subject pledged stock to the payment of an indebtedness. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 16, 1918.

J. S. Dudley, for appellant. Charles Hudson, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Helen Hooper, administratrix of the estate of Montgomery C. Hooper, deceased, appellee, v. Adams Express Company, appellant. Gen. No. 23,891.

Action to recover for death of pedestrian struck by wagon at street intersection. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Lockwood Honore, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 16, 1918. Rehearing denied October 25, 1918.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, of counsel. Litsinger, Healy & Reid, for appellee; James J. Finn, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Mathilda A. Ford, appellee, v. Frank J. Ford et al. Frank J. Ford, appellant. Gen. No. 23,756.

Decree setting aside redemption made by defendant from a sale on foreclosure under a trust deed executed by complainant and her husband. Appeal from the Circuit Court of Cook county; the Hon. Frederick A. Smith, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Affirmed. Opinion filed October 28, 1918.

Beach & Beach, for appellant. Silber, Isaacs, Silber & Woley, for appellee; Oscar A. Kropf and Clarence J. Silber, of counsel.

Mr. Presiding Justice McDonald delivered the opinion of the court.

---

M. A. Scholbe, appellant, v. Max Schuchardt et al., appellees. Gen. No. 23,786.

Action on note. Judgment for defendants. Appeal from the Municipal Court of Chicago; the Hon. William N. Gemmill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed and judgment here for $2,125 and costs. Opinion filed October 31, 1918.

Charles F. McKinley, for appellant. Charles E. Selleck, for appellees.

Mr. Justice Barnes delivered the opinion of the court.